**DEHMER v CAMPBELL et**

Ohio Supreme Court

No 23004. Decided March 2, 1932

Marshall, CJ, Jones, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index**.